CLD-224                                                                                                  April 14, 2016
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **16-1194**

MARIA DOLORES JUAREZ DE ALVARADO, Petitioner

VS.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A208-538-580)

Present:      FISHER, JORDAN and VANASKIE, Circuit Judges

Submitted are:

(1)    By the Clerk for possible dismissal due to a jurisdictional defect;

(2)    Respondent's motion to dismiss the petition for review; and

(3)    Petitioner's response thereto

in the above-captioned case.

Respectfully,


Clerk

MMW/TRA/jk

_____ORDER_____

The motion to dismiss the petition for review is referred to the merits panel. See 3d Cir. I.O.P. 10.3.5.

By the Court,

*s/ D. Michael Fisher*
Circuit Judge

Dated: April 27, 2016
JK/cc: Ivan Yacub, Esq.
       Sheri R. Glaser, Esq.