UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-1194

MARIA DOLORES JUAREZ DE ALVARADO,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(A 208-538-580)

TO:    Clerk

Respondent's Unopposed Motion for an Extension of Time to File the Certified Administrative Record

**ORDER**

_____
The forgoing Motion is granted.  The briefing schedule issued on April 27, 2016 is hereby vacated.  Respondent shall have 30 days from the date of this order to file the EOIR administrative record.  A new briefing schedule will be issued once the EOIR record has been filed.
It is noted that when the DHS administrative record was filed on June 6, 2016, it was entered on the docket twice.  As the entries are duplicative, the later submitted entry will be deleted.  It is noted that Respondent has filed the certification for the DHS record.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  June 7, 2016

PSD/cc:    Ivan Yacub, Esq.
           Sheri R. Glaser, Esq.
           EOIR